UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

Z.M.A.V. and K.S.R.A.,

Petitioners,

v.

FERETI SEMAIA, *et al.*,

Respondents.

No. 5:26-cv-02787-ADS

**ORDER GRANTING PETITION AND ENTRY OF JUDGMENT UNDER 28 U.S.C. § 2241**

**IT IS ORDERED THAT** pursuant to 28 U.S.C. § 2241 and as stipulated by the parties:

1.   Petitioners' First Amended Petition for Writ of Habeas Corpus (ECF 8) and Application for a Temporary Restraining Order (ECF 10) are GRANTED to the extent set forth below, and without any admission of fact or liability by Respondents;

2.   Petitioners' Motion for Leave to Proceed under Pseudonym (ECF 7) is GRANTED;

3.   Respondents are ORDERED to release Petitioners Z.M. A.V. (A# 208-272-491) and K.S. R.A. (A# 208-272-492)  from custody immediately;

4.   Respondents shall release Petitioners on the Order of Supervision and the same conditions of release that were in effect immediately prior to their detention on May 20,

1

2026, and shall return Petitioners' documents in their possession upon release; and

5. Respondents shall not re-detain Petitioners except in accordance with applicable statutes and regulations, including those governing revocation of an Order of Supervision.

Dated:      June 3, 2026                              /s/ Autumn D. Spaeth
                                        HONORABLE AUTUMN D. SPAETH
                                        United States Magistrate Judge