JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

Z.M.A.V. and K.S.R.A.,

Petitioners,

v.

FERETI SEMAIA, *et al.*,

Respondents.

No. 5:26-cv-02787-ADS

**JUDGMENT**

Pursuant to the Order Granting Petition and Entry of Judgment under 28 U.S.C. § 2241, and as stipulated by the parties, it is hereby ADJUDGED that Petitioners' First Amended Petition (ECF 8) and Application for a Temporary Restraining Order (ECF 10) are **GRANTED** to the extent set forth in the Order. Respondents shall release Petitioners from custody immediately and on the Order of Supervision and the conditions of release in effect immediately prior to their detention on May 20, 2026.

The Clerk of Court is directed to **CLOSE** the case.

Dated:   June 3, 2026

/s/ Autumn D. Spaeth
HONORABLE AUTUMN D. SPAETH
United States Magistrate Judge

1